OPINION — AG — ** COLLECTION OF PENALTY — CORPORATIONS — REAL ESTATE ** UNDER 18 O.S. 1.20 [18-1.20] TO 18 O.S. 1.25 [18-1.25], A COUNTY ATTORNEY IS NOT ENTITLED TO ANY COLLECTION FEE IN CASES WHERE, OR ON BEFORE FIRST DAY OF APRIL, A CORPORATION FILES THE VERIFIED STATEMENT REQUIRED THEREUNDER AND PAYS THE PENALTY PRESCRIBED THEREBY. (PENALTY, VIOLATION) CITE: OPINION NO. SEPTEMBER 3, 1937 — SHELTON, 18 O.S. 1.20 [18-1.20], 18 O.S. 1.24 [18-1.24] [18-1.24], 18 O.S. 1.25 [18-1.25], 18 O.S. 86 [18-86](F) (JAMES C. HARKIN)